NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

ROBERT SHELTON BLALOCK,
DOC #U16481,

        Appellant,

v.

STATE OF FLORIDA,

        Appellee.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2D17-2447

Opinion filed June 15, 2018.

Appeal from the Circuit Court for Pinellas
County; Joseph A. Bulone, Judge.

Robert Shelton Blalock, DOC #U16481,
pro se Appellant.

Pamela Jo Bondi, Attorney General,
Tallahassee, and Cornelius C. Demps,
Assistant Attorney General, Tampa, for
Appellee.


PER CURIAM.


        Affirmed.


LaROSE, C.J., and BADALAMENTI and ROTHSTEIN-YOUAKIM, JJ, Concur.